UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-1403-MWF(VBKx)**                    Dated: **August 6, 2015**

Title:      Lorena Armijo, et al. *-v-* ILWU-PMA Coastwise Indemnity Plan, et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

    Cheryl Wynn                              Myra Ponce
    Relief Courtroom Deputy                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    David S. Gubman                          Jonathan A. Braunstein
    Preston Lim                              Richard J. Doren
    Sahar B. Adabzadeh                       C. Mark Humbert, *telephonic*
    Michael A. Sherman, *telephonic*         Kevin J. Lesinski, *telephonic*
                                             Christine S. Hwang, *telephonic*
                                             Steele Clayton, *telephonic*

PROCEEDINGS:  MOTION TO DISMISS CASE [46][47]
              MOTION TO DISMISS FIRST AMENDED COMPLAINT [48]
              MOTION TO DISMISS CLAIMS [49]
              JOINDER [51]

      The Courtroom Deputy Clerk emailed the Court's tentative ruling to all counsel, prior to the hearing.

      Case called, and counsel state their appearances.  For the reasons stated on the record, the Court takes the matter under submission.  An order will issue.

Initials of Deputy Clerk   cw

1 : 09  min