**STUBBS ALDERTON & MARKILES, LLP**
Michael A. Sherman (Bar No. 94783)
masherman@stubbsalderton.com
Daniel A. Rozansky (Bar No. 161647)
drozansky@stubbsalderton.com
Celina C. Kirchner (Bar No. 293446)
ckirchner@stubbsalderton.com
15260 Ventura Boulevard, 20th Floor
Sherman Oaks, CA 91403
Telephone: (818) 444-4500
Facsimile: (818) 444-4520

**CREITZ & SEREBIN LLP**
Joseph A. Creitz (Bar No. 169552)
joe@creitzserebin.com
Lisa S. Serebin (Bar No. 146312)
lisa@creitzserebin.com
250 Montgomery St., Suite 1410
San Francisco, CA 94194
Telephone: (415) 466-3090
Facsimile: (415) 513-4475

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Lorena Armijo, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>ILWU-PMA Welfare Plan, *et al.*,<br>    Defendants. | Case No. 2:15-cv-1403-MWF (MRWx)<br><br>Assigned to: Hon. Michael W. Fitzgerald<br><br>**NOTICE OF APPEAL** |

Under Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that plaintiffs Kristen Andrich, Nancy Jurevich, Frank Scognamillo, and Kathleen Mitchell in their individual capacities and as class representatives ("Plaintiffs") appeal in the above-named case to the United States Court of Appeals for the Ninth Circuit from the final judgment entered November 11, 2018. (ECF No. 292.)

Dated: December 4, 2018          **STUBBS ALDERTON & MARKILES, LLP**

By: _____
Michael A. Sherman
Daniel A. Rozansky
Celina C. Kirchner
Attorneys for Plaintiffs